IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01031-RPM

TARA MARTINEZ,

        Plaintiff,

v.

COUNTRY LIFE INSURANCE COMPANY a/k/a
COUNTRY FINANCIAL & INSURANCE SERVICES and
CC SERVICES, INC.,

        Defendants.

_____

ORDER ON DEFENDANTS' MOTION TO FILE SUR-REPLY TO PLAINTIFF'S REPLY BRIEF
_____

On February 29, 2008, the defendants filed a motion to file a sur-reply to the plaintiff's reply brief in this E.R.I.S.A. case and on March 13, 2008, the plaintiff responded. The issue is a video tape of surveillance conducted and referred to in paragraphs 29-31 of the plaintiff's reply. The plaintiff's contention is that the surveillance company's report contained in the administrative record filed with the Court refers to the surveillance of a person other than the plaintiff and that this fact is apparent if the Court reviews the CD/DVD which has not been filed. The defendants in their motion to sur-reply expressly admit that the surveillance was conducted after the plaintiff had moved from her residence and therefore was of a person other than Tara Martinez. The defendants also assert that no reliance was placed on the surveillance

1

report in evaluating the plaintiff's claim.  This fact being now admitted, it is not necessary to supply the CD/DVD as the plaintiff has suggested.  The admission that a surveillance was ordered but the surveillance company screened the wrong person is sufficient for the record and the actual images obtained of some other person are not relevant.  Accordingly, it is

ORDERED that the motion to file sur-reply is granted.

DATED: March 24th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge