IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01031-RPM-BNB

TARA MARTINEZ,

Plaintiff,

v.

COUNTRY LIFE INSURANCE COMPANY a/k/a COUNTRY FINANCIAL & INSURANCE SERVICES, and
CC SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **December 10, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 19, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge