**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Acton No: 07-cv-01031-RPM-BNB

TARA MARTINEZ,

    Plaintiff,

v.

COUNTRY LIFE INSURANCE COMPANY a/k/a
COUNTRY FINANCIAL & INSURANCE SERVICES and
CC SERVICES, INC.

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the parties' Joint Stipulation for Dismissal With Prejudice [31], it is

ORDERED that this matter, in its entirety, is dismissed with prejudice. Each party shall be responsible for its own attorneys fees and costs.

Dated this 4th day of December, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge